APPEAL No. 75-124. JAMES H. VAN ALEN *et al. v.* KENNETH V. STEIN, *Tax Assessor, City of Newport.* Motion of plaintiffs to dismiss the appeal under Rule 16 is denied. The defendant's motion that he be granted a 10-day extension of time to file his brief is granted. *Louis Baruch Rubinstein, Robert S. Ciresi,*

*William G. Gilroy,* for plaintiffs. *James S. O'Brien,* City Solicitor, for defendant.